Bijan Esfandiari (SBN: 223216)
besfandiari@wisnerbaum.com
Monique Alarcon (SBN: 311650)
malarcon@wisnerbaum.com
Pedram Esfandiary (SBN: 312569)
pesfandiary@wisnerbaum.com
J. Conor Kennedy (SBN: 354542)
ckennedy@wisnerbaum.com
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIDGETT BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; JANSSEN RESEARCH & DEVELOPMENT, LLC; ELI LILLY AND COMPANY; CHEPLAPHARM ARZNEIMITTEL GMBH; KAISER PERMANENTE INTERNATIONAL; and DOES 1 through 100, inclusive,<br><br>    Defendant. | Case No. 3:25-cv-04318-AMO<br><br>Assigned to Hon. Judge Araceli Martínez-Olguín<br><br>**NOTICE OF ERRATA RE: L.R. 6-3 MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANT KAISER PERMANENTE INTERNATIONAL'S MOTION TO COMPEL ARBITRATION AND CONTINUE THE HEARING DATE**<br><br>Action Filed:  April 21, 2015<br>Action Removed: May 20, 2025<br>Trial Date:   None Set |

# NOTICE OF ERRATA RE: L.R. 6-3 MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANT KAISER PERMANENTE INTERNATIONAL'S MOTION TO COMPEL ARBITRATION AND CONTINUE THE HEARING DATE

On August 22, 2025, Plaintiff filed a Notice of Motion and L.R. 6-3 Motion to Enlarge Time to Respond to Defendant Kaiser Permanente International's Motion to Compel Arbitration and Continue the Hearing Date ("Motion") and the Declaration of J. Conor Kennedy ("Declaration") (Dkt. No. 71). Footnote 1 of the Declaration misstated that Kaiser Permanente International was named as a Defendant at Kaiser's direction, after a meet and confer with Kaiser's counsel.

As stated in the Declaration of Monique A. Alarcon ISO Plaintiff's Motion to Remand (Dkt. No. 45), Plaintiff originally filed her Complaint in California state court against the entity "Kaiser Permanente" but after attempting service, Plaintiff discovered that the wrong Kaiser entity had been named and amended her complaint to name "Kaiser Permanente International." After this matter was removed, Kaiser's counsel informed Ms. Alarcon that Kaiser's counsel believed the wrong entity, i.e. Kaiser Permanente International," had been named in the amended complaint. A corrected version of the Declaration is attached hereto.

Respectfully submitted,

Dated:  August 25, 2025  **WISNER BAUM, LLP**

 */s/ Conor Kennedy*
Conor Kennedy (SBN: 354542)
ckennedy@wisnerbaum.com
Bijan Esfandiari (SBN: 223216)
besfandiari@wisnerbaum.com
Pedram Esfandiary (SBN: 312569)
pesfandiary@wisnerbaum.com
Monique A. Alarcon (SBN: 311650)
malarcon@wisnerbaum.com
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

*Counsel for Plaintiff*

1
2
3     **<u>CORRECTED VERSION</u>**
4     **<u>Dkt. No. 71</u>**
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
NOTICE OF ERRATA