Bijan Esfandiari (SBN: 223216)
besfandiari@wisnerbaum.com
Monique Alarcon (SBN: 311650)
malarcon@wisnerbaum.com
Pedram Esfandiary (SBN: 312569)
pesfandiary@wisnerbaum.com
J. Conor Kennedy (SBN: 354542)
ckennedy@wisnerbaum.com
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIDGETT BROWN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; JANSSEN RESEARCH & DEVELOPMENT, LLC; ELI LILLY AND COMPANY; CHEPLAPHARM ARZNEIMITTEL GMBH; KAISER PERMANENTE INTERNATIONAL; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendant. | Case No. 3:25-cv-04318-AMO<br><br>Assigned to Hon. Judge Araceli Martínez-Olguín<br><br>***CORRECTED* DECLARATION OF J. CONOR KENNEDY IN SUPPORT OF L.R. 6-3 MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANT KAISER PERMANENTE INTERNATIONAL'S MOTION TO COMPEL ARBITRATION AND CONTINUE THE HEARING DATE**<br><br>Action Filed:　　　April 21, 2015<br>Action Removed:　 May 20, 2025<br>Trial Date:　　　　None Set |

**DECLARATION OF J. CONOR KENNEDY**

I, J. Conor Kennedy, declare and state as follows:

1. I am an attorney at Wisner Baum LLP. I am duly admitted to practice before this Honorable Court and am one of the attorneys of record for Plaintiff BRIDGETT BROWN.

2. I have personal knowledge of the facts stated below and if called to testify as a witness, I could and would do so competently. I make this declaration in support of Plaintiff's Motion to Enlarge Time to Respond to Defendant's Motion to Compel Arbitration and Continue the Hearing Date.

3. Plaintiff originally filed her complaint, and the operative First Amended Complaint ("FAC"), in the Superior Court of California, County of Alameda. (*See* ECF No. 1-1).

4. Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; and Janssen Research & Development, LLC (collectively "J&J Defendants"); and Defendant Eli Lilly and Company ("Lilly") (collectively, "Removing Defendants") removed the case on May 20, 2025. (ECF No. 1).

5. J&J Defendants filed a Motion to Dismiss ("MTD") on May 23, 2025 (ECF No. 19), and Lilly filed a separate MTD the same day (ECF No. 23). After this court extended Plaintiff's time to respond, Plaintiff filed an Omnibus Opposition on July 23, 2025 (ECF. No. 49), which was followed by Removing Defendants' joint Reply on August 6, 2025 (ECF No. 60).

6. Plaintiff filed a Motion to Remand ("MTR") on June 11, 2025. (ECF No. 37). Removing Defendants filed an Opposition on June 25, 2025. (ECF No. 42). Plaintiff filed a Reply in support of her Motion to Remand on July 2, 2025. (ECF No. 44).

7. On June 3, 2025, Plaintiff filed a Motion to Enlarge Time to Respond to Defendants' Motions to Dismiss (ECF No. 33), requesting that the Court hear the MTR and MTDs at the same hearing date, after meeting and conferring with Defendants requesting the same. The Court granted Plaintiff's Motion, and the hearing is scheduled October 30, 2025.

8. On August 15, 2025, Defendant filed a Motion to Compel Arbitration ("MCA") (ECF No. 64), requesting a hearing date of October 2, 2025.

*CORRECTED* DECLARATION OF J. CONOR KENNEDY IN SUPPORT L.R. 6-3 MOTION

9. On August 18, 2025, I contacted counsel for Kaiser[1] requesting the parties stipulate to continuing Plaintiff's deadline to respond to Kaiser's MCA, with the court to enter a schedule placing the MCA on the same date as the hearing on the MTR and MTD.

10. On August 19, 2025, counsel for Kaiser indicated they could not agree to the requested relief and instead offered a courtesy extension for Plaintiff to file her opposition brief, with a commensurate extension on Defendants' reply brief.

11. On August 21, 2025, Plaintiff informed counsel for Kaiser of her intention to file a Motion to Enlarge Time because Kaiser could not stipulate moving the hearing date. Plaintiff also accepted Kaiser's offer of an extension – of one week – with a commensurate extension on Defendants' reply brief, making Plaintiff's opposition to Kaiser's MCA due September 5, 2025.

12. Attached hereto as **Exhibit 1** is a true and correct copy of my meet and confer correspondence with Defendants' counsel.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 22nd day of August, 2025 in Los Angeles, California.

*/s/ J. Conor Kennedy*
J. Conor Kennedy

---

[1] Kaiser's counsel filed the Motion to Compel Arbitration on behalf of Kaiser Foundation Health Plan, Inc. ("KFHP"). Kaiser Permanente, an integrated managed care consortium, is comprised of three interdependent entities: Kaiser Foundation Hospitals ("KFP"), and regional Permanente Medical Groups. As discussed in Plaintiff's Opposition to the Mot. to Remand, Plaintiff intended to bring her claims against the consortium.
Kaiser rightly notes that Kaiser Permanente International is not a proper party to this action. *See* Mot. to Compel Arbitration, n.1. Plaintiff's original complaint was filed against Kaiser Permanente, but was amended to named Kaiser Permanente International.

3
*CORRECTED* DECLARATION OF J. CONOR KENNEDY IN SUPPORT L.R. 6-3 MOTION

# EXHIBIT 1