Bijan Esfandiari (SBN: 223216)
besfandiari@wisnerbaum.com
Monique Alarcon (SBN: 311650)
malarcon@wisnerbaum.com
Pedram Esfandiary (SBN: 312569)
pesfandiary@wisnerbaum.com
J. Conor Kennedy (SBN: 354542)
ckennedy@wisnerbaum.com
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIDGETT BROWN, | Case No. 3:25-cv-04318-AMO |
| Plaintiff, | Assigned to Hon. Judge Araceli Martínez-Olguín |
| vs. | **STATEMENT OF RECENT DECISION** |
| JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; JANSSEN RESEARCH & DEVELOPMENT, LLC; ELI LILLY AND COMPANY; CHEPLAPHARM ARZNEIMITTEL GMBH; KAISER PERMANENTE INTERNATIONAL; and DOES 1 through 100, inclusive, | Action Filed: April 21, 2015<br>Action Removed: May 20, 2025<br>Trial Date: None Set<br><br>Hearing Date: October 30, 2025<br>Courtroom: 10, 19th Floor |
| Defendant. | |

**STATEMENT OF RECENT DECISION**

Pursuant to Federal Rule of Appellate Procedure 28(j) and Local Rule 7-3(d)(2), Plaintiff respectfully submits this Statement of Recent Decision that was issued after the briefing concluded regarding Defendant's Motion to Compel Arbitration. This notice is intended to bring to the Court's attention a recent decision that is pertinent to the issues currently under consideration.

On September 19, 2025, the court of appeal of the state of California, Third Appellate District decided *Brockman v. Kaiser Foundation Hospitals et al.*, No. C101451, 2025 WL 2701643 (Cal. Ct. App. Sept. 19, 2025). In its decision, the court affirmed a lower court's order denying the motion to compel arbitration brought by Defendant Kaiser Foundation Hospitals. The appellate court agreed that the defendant had failed to meet its burden of proving a valid and enforceable arbitration agreement existed, determining that an arbitration disclosure in a 2004 enrollment form signed by the Plaintiff's mother was insufficient proof because that disclosure stated that "the full arbitration provision" was contained in a contemporaneous evidence of coverage document, yet defendants never submitted that document to the court. *Brockman*, No. C101451, 2025 WL 2701643 at *19-20. The opinion is attached hereto as **Exhibit 1**.

Respectfully submitted,

Dated: September 30, 2025        **WISNER BAUM, LLP**

 /s/ Conor Kennedy
J. Conor Kennedy (SBN: 354542)
ckennedy@wisnerbaum.com
Bijan Esfandiari (SBN: 223216)
besfandiari@wisnerbaum.com
R. Brent Wisner (SBN: 276023)
rbwisner@wisnerbaum.com
Pedram Esfandiary (SBN: 312569)
pesfandiary@wisnerbaum.com
Monique A. Alarcon (SBN: 311650)
malarcon@wisnerbaum.com
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

*Counsel for Plaintiff*